# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROSA ANDREA RIOS (2),<br><br>Defendant. | Case No. 19CR2012-WQH<br><br>JUDGMENT OF DISMISSAL<br><br>FILED<br>JUN 1 8 2019<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

8:1324(a)(1)(A)(ii), (v)(II), (a)(1)(B)(i) – Transportation of Certain Aliens for Financial Gain and Aiding and Abetting

Dated: 6/18/2019

Hon. Mitchell D. Dembin
United States Magistrate Judge